IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNELL WATTS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**P. COVELLO, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-02311-DJC-EFB (PC)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' REQUEST TO EXTEND FACT DISCOVERY DEADLINE |

　　　Defendants A. Garibay, J. Vega, A. Tsushko, and J. Pierce move this Court to change the time to complete fact discovery, up to and including February 19, 2024. The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request to change time is **GRANTED.** Defendants will have up to and including February 19, 2024 to take Plaintiff's deposition.

**IT IS SO ORDERED.**

Dated: January 22, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　*Edmund F. Brennan*
　　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1