UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNELL WATTS,<br><br>        Plaintiff,<br><br>    v.<br><br>P. COVELLO, et al.,<br><br>        Defendants. | No.  2:22-cv-02311-DJC-EFB (PC)<br><br>ORDER |

       Plaintiff, a former state prison inmate, proceeds without counsel in an action brought under 42 U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       On May 7, 2024, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 25.  Neither party has filed objections to the findings and recommendations.

       The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  In addition to the fact that at least four court orders have been returned because they were undeliverable at the Plaintiff's address, the Court notes that the Defendants have filed

1

a Motion to Compel the Deposition of the Plaintiff and to Modify the Scheduling Order (ECF No. 23) based on the fact that the Plaintiff has not sat for his deposition, despite being given two opportunities to do so (ECF No. 23-1).  Having considered the factors described in *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) the Court finds that dismissal is appropriate.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed May 7, 2024 (ECF No. 25), are adopted in full;

2.  The case is dismissed without prejudice for failure to keep the court apprised of a current address (E.D. Cal. L.R. 183(b)) and failure to prosecute (Fed. R. Civ. P. 41(b));

3.  The Clerk of Court is directed to administratively terminate all pending motions and close the case.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2